UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-188-RBD-RMN
    18 U.S.C. § 1543

JUN WANG
CHING YU

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 6, 2023, in the Middle District of Florida, and elsewhere, the defendant,

JUN WANG,

did willfully and knowingly use and attempt to use a false, forged, counterfeited, and altered passport, and instrument purporting to be a passport, specifically, a purported Republic of Korea passport.

In violation of 18 U.S.C. § 1543.

## COUNT TWO

On or about September 6, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CHING YU,

did willfully and knowingly use and attempt to use a false, forged, counterfeited, and altered passport, and instrument purporting to be a passport, specifically, a purported Republic of Korea passport.

In violation of 18 U.S.C. § 1543.

## **FORFEITURE**

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2.  Upon conviction of a violation of 18 U.S.C. § 1543, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

    a.  Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

    b.  Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

    c.  Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

███████████████

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael Sartoian
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

3

FORM OBD-34
September 23

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JUN WANG
CHING YU

## INDICTMENT

Violations: 18 U.S.C. § 1543

A true bill,

_____
Foreperson

Filed in open court this 27th day of September, 2023.

_____
Clerk

Bail $_____