# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:23-cr-188-RBD-RMN**

**JUN WANG** and
**CHING YU**

---

## NOTICE OF HEARING

**TAKE NOTICE** that an **Arraignment** is scheduled for **Thursday, October 5, 2023, at 10:00 A.M**. This hearing will be held before the **Honorable Daniel C. Irick in Courtroom No. 5C, Fifth Floor**, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida.

If the Defendant wishes to waive his/her presence at arraignment and enter a written plea of not guilty, he/she and his/her attorney must sign the attached form and file it with the Clerk of Court **no later than 9:00 AM on October 4, 2023.** If the written waiver is timely filed, the Defendant and his/her attorney need not appear at the arraignment. If the written waiver is not timely filed, the Defendant and his/her attorney must appear at the arraignment at the scheduled date and time.

Dated:   September 28, 2023

                                                      DANIEL C. IRICK
                                   UNITED STATES MAGISTRATE JUDGE

                                    By: Tiffany Palmer , Courtroom Deputy

Copies furnished to:
Counsel of Record
United States Attorney
Unites States Pretrial Services Office

**PLEASE NOTE:   Photo I.D.** is required to enter the United States Courthouse.   Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:23-cr-188-RBD-RMN**

**JUN WANG**

---

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, JUN WANG, the above named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____       _____
Counsel for Defendant [Signature]      Defendant

_____
Printed Name of Defense Counsel

_____
Defense Counsel Address

_____
City, State Zip Code

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Date: _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:23-cr-188-RBD-RMN

**CHING YU**

---

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, CHING YU, the above named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____   _____
Counsel for Defendant [Signature]     Defendant

_____
Printed Name of Defense Counsel

_____
Defense Counsel Address

_____
City, State Zip Code

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Date: _____